UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEENA DIXON,

              Plaintiff,          23-cv-8941 (JGK)

    - against -                <u>ORDER</u>

CITY OF NEW YORK, ET AL.,

              Defendants.

---

    Pursuant to Federal Rule of Civil Procedure 12(a), the time for the City of New York to answer was December 8, 2023. To date, no answer has been filed.

    The time for the City of New York to answer or respond to the complaint is extended to **December 23, 2023.** Failure to respond to the complaint by this date could result in a default judgment being entered against the City of New York.

    The plaintiff is directed to serve a copy of this Order on the City of New York and to file proof of such service on the docket by **December 15, 2023.**

SO ORDERED.

Dated:    New York, New York
            December 11, 2023

                                                John G. Koeltl
                                      United States District Judge