```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KEENA DIXON,

                Plaintiff,        23-cv-8941 (JGK)

    - against -                    ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.

    Pursuant to Federal Rule of Civil Procedure 12(a), the time for Tisha Wilkins and Tamika White to respond to the complaint was December 11, 2023. To date, no answer has been filed.

    The time for Tisha Wilkins and Tamika White to answer or respond to the complaint is extended to **December 28, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against Tisha Wilkins and Tamika White.

    The plaintiff is directed to serve a copy of this Order on Tisha Wilkins and Tamika White and to file proof of such service on the docket by **December 27, 2023**.

SO ORDERED.

Dated:    New York, New York
            December 18, 2023

                                            John G. Koeltl
                                    United States District Judge