

**THE CITY OF NEW YORK**

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Andrea M. Martin
*Assistant Corporation Counsel*
Phone: (212) 356-3549
andmarti@law.nyc.gov

December 21, 2023

**BY ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

12/21/23

Re: Dixon v. The City of New York, et al.
23-cv-8941 (JGK)

Dear Judge Koeltl:

    I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant City of New York ("City" or "Defendant") in the above case. I write to respectfully request, with the consent of plaintiff's counsel, a 60-day extension of time, from December 23, 2023 to February 21, 2024, to file defendant's response to the complaint. Further, Defendant respectfully requests that the Court, *sua sponte*, also grant the individually named defendants not yet represented by this Office the same extension as the City.

    This extension is requested so that I can investigate the allegations in the Complaint and prepare a proper response. In addition, this extension will allow time for this Office to meet with the five individually named defendants and determine, pursuant to General Municipal Law § 50-k and based on a review of the facts of this case, whether we may represent these individuals as well. In addition, and in light of the above extension request, defendants respectfully request, also with the consent of plaintiff's counsel, an adjournment of the initial conference currently scheduled for January 31, 2024 at 2:30 p.m. until a new date subsequent to February 21, 2024.

    This is defendants' first request for an extension of time to file the answer, and their first request for an adjournment of the initial conference. The requested extension and adjournment will not affect any other deadlines.

    I thank the Court for consideration of this application.

Respectfully submitted,

/s/
Andrea M. Martin
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)