```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KEENA DIXON,

                Plaintiff,        23-cv-8941 (JGK)

      - against -             ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to file an amended complaint is **March 29, 2024**. The time to move or answer with respect to the amended complaint is **April 19, 2024**.

    If the defendants file a motion to dismiss, the plaintiff should file a response by **May 10, 2024**. The defendants should file a reply by **May 24, 2024**.

    If the parties believe the assistance of the magistrate judge or the mediation panel would be helpful for the purposes of settlement, the parties should file a joint letter to the Court.

**SO ORDERED.**

Dated:    New York, New York
            March 12, 2024

                                          John G. Koeltl
                                  United States District Judge