UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEENA DIXON,

                Plaintiff,        23-cv-8941 (JGK)

    - against -               ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 22, 2025.

SO ORDERED.

Dated:    New York, New York
           January 7, 2025

                                                  John G. Koeltl
                                      United States District Judge