UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEENA DIXON,

                Plaintiff,

    -v-

CITY OF NEW YORK, *et al.*,

                Defendant(s).

**ORDER**

23-CV-8941 (JGK) (HJR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2025

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated March 31, 2025, this case was referred to me for settlement. ECF No. 38.

    A conference is scheduled on **April 9, 2025,** at **3:30** by telephone to discuss settlement. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 980 984 767#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: April 1, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge