USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEENA DIXON,

                Plaintiff,

    -v-

CITY OF NEW YORK, *et al.*,

                Defendants.

**ORDER**

23-CV-8941 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A settlement conference is scheduled before Magistrate Judge Henry J. Ricardo on **May 29, 2025, at 9:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

    The parties are directed to review and comply with the Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo (the "Procedures"), available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

    By **May 8, 2025,** Plaintiff shall make a demand to Defendants. By **May 15, 2025**, Defendants shall make a counteroffer.

    By **May 15, 2025**, the parties shall submit to RicardoNYSDChambers@nysd.uscourts.gov their Acknowledgment Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call as described

1

in paragraphs 5–7 of the Procedures.  **The Ex Parte Settlement Letter should not be sent to the other parties.**

The parties—not just the attorneys—must attend the settlement conference. Corporate parties, labor unions, and insurance companies (or any other party that is not a natural person) must send to the conference the person ultimately responsible for giving settlement authority.  Government agencies are subject to additional requirements specified in the Procedures.  If it would be a great hardship for the party to attend, upon written application in advance of the conference I will sometime excuse that party's presence, but I will require that party to be available by telephone throughout the settlement conference.

**SO ORDERED.**

Dated: April 25, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

ACKNOWLEDGEMENT FORM

Complete this form, sign and date it, and send it by email as a PDF attachment to (1) Judge Ricardo at RicardoNYSDChambers@nysd.uscourts.gov and (2) to all other attorneys who will be attending the conference no later than 7 calendar days prior to the conference.  Please read the certifications below carefully as your signature indicates your compliance with them.

**Name of Case:** _____
**Docket Number:** \_\_\_\_ CV _____ (\_\_\_\_\_) **(HJR)**

I acknowledge that my client and I must attend a settlement conference on _____, 20\_\_\_\_ at \_\_\_\_:\_\_\_\_ \_\_.m. in Courtroom 21D, United States Courthouse, 500 Pearl Street, New York, New York.

1.   I am attorney for _____ [Plaintiff / Defendant]

    (For corporate or other non-individual clients): The name of the representative of my client who will attend the conference is:_____.  The title of this representative is:_____.

    If applicable (for insurance carrier): The name of the representative of the insurance carrier who will attend the conference is:_____.

2.   CHECK ONE LINE BELOW:

    a.   \_\_\_\_ The above-named individual will attend in person.

    b.   \_\_\_\_ The above-named individual will attend by remote means because I certify that (1) such individual lives and works more than 100 miles from the Courthouse (or, if my client is not an individual, the client's decision-maker lives and works more than 100 miles from the Courthouse), and (2) it would be a great hardship for this individual to attend a settlement conference on this or any other date.  This individual understands that he or she must participate by remote means without interruption for the duration of the conference.

    c.   \_\_\_\_ The above-named individual will attend by remote means because the Court has approved the parties' joint written application to hold the settlement conference remotely.

3

3.      I certify that the person attending the conference (in person or by remote means) is the person with ultimate responsibility for determining the settlement amount: that is, the person responsible for giving settlement authority, not someone who has received authority from another person.  In addition, if there is an insurance carrier with authority over settlement, a representative from such carrier with complete responsibility over settlement will be present in person or by telephone.

4.      I certify that I have read both the Court's Order scheduling this conference as well as the "Procedures for All Cases Referred for Settlement to Magistrate Judge Ricardo."

Dated: _____

                                                               _____
                                                                     [signature of attorney]